MZ: USAO# 2026R00630

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC - BALTIMORE
'26 OCT 2 AM8:50

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CHARLES MARK WOOTERS,**<br><br>**Defendant.** | **CRIMINAL NO.** JKB-26-343<br><br>**(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Transportation of Child Pornography, 18 U.S.C. § 2252A(a)(1); Receipt of Child Pornography, 18 U.S.C. 2252A(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))** |

## INDICTMENT

### COUNT ONE
**(Sexual Exploitation of a Child)**

The Grand Jury for the District of Maryland charges that:

On a date unknown to the Grand Jury but no later than December 18, 2025, in the District of Maryland, the defendant,

**CHARLES MARK WOOTERS,**

did knowingly employ, use, persuade, induce, entice and coerce a minor male, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is a series of seven (7) image files which depict a

prepubescent minor male, naked and partially naked, focused on the minor male's exposed genitals, said image files having been stored in an internet-based Google account associated with the email address charlesmarkwooters@gmail.com and on a Samsung Galaxy S25 Ultra, Model S/M-S938U, IMEI 359082368023383, manufactured and assembled outside of the state of Maryland.

18 U.S.C. §§ 2251(a) & 2256

**COUNT TWO**
**(Transportation of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about November 28, 2025, in the District of Maryland, the defendant,

**CHARLES MARK WOOTERS,**

knowingly transported any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer, that is, the defendant knowingly uploaded 26 images depicting minors engaged in sexually explicit conduct, to a Synchronoss Technologies, Inc. internet-based file storage account, associated with the phone number 410-714-1887.

18 U.S.C. § 2252A(a)(1)

**COUNT THREE**
**(Receipt of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On a date unknown to the Grand Jury but no later than March 1, 2023, in the District of Maryland, the defendant,

**CHARLES MARK WOOTERS,**

knowingly received child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, a series of five images files depicting the exposed genitals and anus of a minor female.

18 U.S.C. § 2252A(a)(2)

**COUNT FOUR**
**(Possession of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about January 22, 2026, in the District of Maryland and elsewhere, the defendant,

**CHARLES MARK WOOTERS,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant maintained a Synchronoss Technologies, Inc. internet-based file storage account, associated with the phone number 410-714-1887, which account contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(1) & 2256

**COUNT FIVE**
**(Possession of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about January 22, 2026, in the District of Maryland, the defendant,

**CHARLES MARK WOOTERS,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Samsung Galaxy S21 Ultra, Model SM-G998U, IMEI 350121676914542, manufactured and assembled outside of the state of Maryland, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(1) & 2256

**COUNT SIX**
**(Possession of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about January 22, 2026, in the District of Maryland, the defendant,

**CHARLES MARK WOOTERS,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Samsung Galaxy S25, Model S/M-S938U, IMEI 359082368023383, manufactured and assembled outside of the state of Maryland, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(1) & 2256

**COUNT SEVEN**

**(Possession of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about January 22, 2026, in the District of Maryland and elsewhere, the defendant,

**CHARLES MARK WOOTERS,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Samsung Tab S7 FE, Model SM-T738U, IMEI 351507700213803, manufactured and assembled outside of the state of Maryland, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(1) & 2256

**COUNT EIGHT**
**(Possession of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about April 29, 2026, in the District of Maryland and elsewhere, the defendant,

**CHARLES MARK WOOTERS,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an internet-based Google account associated with the email address charlesmarkwooters@gmail.com, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(1) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the alleged offenses charged in Counts One through Eight of this Indictment.

### Child Exploitation Forfeiture

2. Upon conviction of any of the alleged offenses in Counts One through Eight, the defendant,

**CHARLES MARK WOOTERS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following items seized from the defendant and his residence in Talbot County, Maryland on or about January 22, 2025:

a. Samsung Galaxy S21 Ultra, Model SM-G998U, IMEI 350121676914542;

b. Samsung Tab S7 FE, Model SM-T738U, IMEI 351507700213803; and

c. Samsung Galaxy S25 Ultra, Model S/M-S938U, IMEI 359082368023383.

**Substitute Assets**

4. If any of the property described above, as a result of any act or omission of the defendant:

d. cannot be located upon the exercise of due diligence;

e. has been transferred or sold to, or deposited with, a third party;

f. has been placed beyond the jurisdiction of the Court;

g. has been substantially diminished in value; or

h. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes /mz
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

10/01/2026
Date